IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LAZOS,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>SHEILA E. MITCHELL, Chief probation officer Santa Clara County Probation Department,<br><br>　　　Respondent. | No. C 07-1736 CW<br><br>ORDER TO SHOW CAUSE |

　　　Petitioner, in custody of the Santa Clara County Probation Department, has filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Good cause appearing, the Court hereby issues the following orders:

　　　Respondent shall file with this Court and serve upon Petitioner and Petitioner's counsel, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, 28 U.S.C. foll. § 2254, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer a copy of all portions of the state trial record that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

　　　If Petitioner wishes to respond to the answer, he

shall do so by filing a traverse with the Court and serving it upon Respondent within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

DATED: 10/29/07



CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FRANK LAZOS,

        Plaintiff,

v.

SHEILA E. MITCHELL et al,

        Defendant.

Case Number: CV07-01736 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Couenhoven
Sixth District Appellate Program
100 N. Winchester Blvd.
Suite 310
Santa Clara, CA 95050

Sheila E. Mitchell, Chief Probation Officer
Santa Clara Co. Probation Department
840 Guadalupe Parkway
San Jose, CA 95110

County Counsel
County of Santa Clara
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110

Dated: October 29, 2007

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk