1   EDMUND G. BROWN JR.
    Attorney General
2   DANE R. GILLETTE
    Chief Assistant Attorney General
3   GERALD A. ENGLER
    Senior Assistant Attorney General
4   State Bar No. 104400
       Office of the Attorney General
5      455 Golden Gate Avenue, Suite 11000
       San Francisco, CA  94102
6      Telephone: (415) 703-1361
       Fax: (415) 703-1234
7
    Attorneys for Respondent
8

9                 IN THE UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   **FRANK LAZOS**,                          **No. C 07-1736 CW (PR)**

13                         Petitioner,         **STIPULATION AND ORDER
                                               ENLARGING TIME FOR
14          v.                                 RESPONDENT TO FILE ANSWER**

15   **SHEILA E. MITCHELL, Chief Probation
     Officer, Santa Clara County Probation Dept.**,
16
                           Respondent.
17

18

19          Pursuant to Civil L.R. 6-2, the parties in the above-captioned action hereby stipulate

20   that the time for filing respondent's answer, which is now due on or before November 28, 2007, may

21   be extended 15 days, or until December 13, 2007.   This stipulation is supported by the

22   accompanying declaration of respondent's counsel setting forth the reasons for the requested

23   enlargement.

24

25   Dated: November 28, 2007                  /s/ Gerald A. Engler

26                                             GERALD A. ENGLER
                                               Senior Assistant Attorney General
27                                             Attorney for Respondent

28
     Dated:_____            _____

                                               PAUL COUENHAVEN

No. C 07-1736 CW   STIPULATION AND ORDER ENLARGING TIME FOR RESPONDENT TO FILE ANSWER

1    Attorney for Petitioner

2    **ORDER**

3    PURSUANT TO STIPULATION, it is hereby ordered that the time for filing respondent's

4    answer shall be extended to December 13, 2007.

5

        11/30/07
6    Dated:_____                    Claudia Wilken
                                                    _____

7                                                    HON. CLAUDIA WILKIN
                                                    United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28